IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-76-1H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| SAMUEL THIGPEN, JR., | ) | |
| Defendant. | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the Honorable Kimberly A Swank, United States Magistrate Judge, is reassigned as the referral magistrate judge. The Honorable Malcolm J. Howard, Senior United States District Judge, will continue to preside over the case.

This the 18th day of December, 2015.

_____
for JULIE RICHARDS JOHNSTON, CLERK