IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-00076-H

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| v. | : |
| | : |
| SAMUEL THIGPEN, JR. | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 3, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846 and agreeing to the forfeiture of certain personal property listed in the May 3, 2016 Preliminary Order of Forfeiture, to wit:

(a) a 9mm Taurus pistol, serial number TCX55156;

(b) a 9mm Smith and Wesson pistol, serial number RBZ3404; and

(c) any related ammunition;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between October 17, 2019 and November 15, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's May 3, 2016 Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the above-listed personal property is hereby forfeited to the United States. The United States Marshal's Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to dispose of the property according to law, including destruction.

SO ORDERED this <u>5th d</u>ay of August 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge